# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * *   *
DAISY M. GAINEY,              *
                              *
              Plaintiff,      *
                              *
v.                            *   Nos. 14-38L; 14-3816L
                              *   Filed:  December 7, 2020
UNITED STATES,                *
                              *
              Defendant.      *
                              *
* * * * * * * * * * * * * *   *
```

## O R D E R

On December 4, 2020, the court held a status conference in the above captioned case to discuss the remaining plaintiffs in the case. As agreed to by the parties at the status conference, certain plaintiffs' claims may be dismissed, including the above-captioned plaintiff. The claims associated with the above-captioned plaintiff are, hereby, **SEVERED** from the case of Jack Green, et al. v. United States, Case No. 14-38L, and shall be reorganized, for case management purposes, into the above-captioned case, Daisy M. Gainey v. United States, and assigned Case No. 14-3816L. The court **DISMISSES WITH PREJUDICE** the property claims of the Daisy M. Gainey. As there is no just reason for delay, the Clerk's Office shall enter immediate **JUDGMENT** consistent with this Order, pursuant to RCFC 54(b). As the Order disposes of all properties of the named plaintiff, Case No. 14-3816L shall be **CLOSED**. Neither the dismissal of the claims of the plaintiff herein nor the entry of judgment by the Clerk's Office shall affect this court's jurisdiction over the remaining plaintiffs and properties in the case of Jack Green, et al. v. United States, Case No. 14-38L.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**